IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARRENCE COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-50-WHA |
| | ) |
| BILL FRANKLIN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On January 24, 2020, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation is adopted.

2. The plaintiff's claims against the Elmore County Sheriff's Department and the Elmore County Jail are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915A.

3. The plaintiff's claims against the "complete staff" of the Elmore County Jail are summarily DISMISSED without prejudice because the plaintiff fails to adequately identify the individuals he seeks to sue and does not present any specific factual allegations as to these unidentified staff members.

4. This case, with respect to the plaintiff's claims against Bill Franklin and Warden Henline, is referred back to the Magistrate Judge for further appropriate proceedings.

DONE this 18th day of February, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE